[No. 32916-6-II.  Division Two.  December 13, 2005.]

ALAN A. FREDRICKSON ET AL., *Appellants*, v. BERTOLINO'S
TACOMA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-04931-3, Lisa R. Worswick, J., entered March 2, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren A.C.J., and Houghton, J. Now published at 131 Wn. App. 183.

[No. 22816-9-III.  Division Three.  December 13, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. CUACTEMOC
GUTIERREZ, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00497-6, Donald W. Schacht, J., entered February 19, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 23368-5-III.  Division Three.  December 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO JEROME
EVERETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00348-9, Michael P. Price, J., entered September 13, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 50882-2-I.  Division One.  December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY DALE
HARTNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01655-0, Joseph A. Thibodeau, J., entered July 25, 2002. *Dismissed* by unpublished per curiam opinion.